UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA FARMER,

    Plaintiff,

vs.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,

    Defendants.

Case No. 1:19-cv-10474 (NRB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Maria Farmer in the above-captioned proceeding.

Dated: New York, New York
November 20, 2019

BOIES SCHILLER FLEXNER LLP

By:   /s/ David Boies
      David Boies
      333 Main Street
      Armonk, NY 10504
      Telephone: (914) 749-8200
      Fax: (914) 749-8300
      dboies@bsfllp.com

*Attorney for Plaintiff Maria Farmer*