UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MARIA FARMER,

              Plaintiff,

    - against -

DARREN K. INDYKE and RICHARD D. KAHN,

             Defendants.
-------------------------------------X

**ORDER**

19 Civ. 10474 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Non-party Alan Dershowitz ("Dershowitz") seeks permission to file a motion for limited intervention in order to move to strike the following allegation from plaintiff's complaint: "Among the guests that came to the mansion, Maria observed Alan Dershowitz, a lawyer, on a number of occasions, and observed that he would go upstairs at the same time the young girls were there." ECF No. 1 ¶ 39. In the alternative, Dershowitz requests that the Court strike the allegation *sua sponte*.

    Having considered the several letters on this issue, see ECF Nos. 9-11, the Court exercises its authority, pursuant to Federal Rule of Civil Procedure Rule 12(f)(1), to strike *sua sponte* the aforementioned language. See Fed. R. Civ. P. 12(f)(1) ("[O]n its own," a court may "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."). The Court briefly addresses its reasons for doing so.

1

First, the allegation is neither material nor directly pertinent to any claim or defense in this action. Nor does Rule 8 require plaintiff to plead credibility or to anticipate a response to a statute of limitations defense. Moreover, there already exists a forum for exploring the veracity of the allegation. See Giuffre v. Dershowitz, No. 19 Civ. 3377 (S.D.N.Y. Apr. 16, 2019), ECF No. 1-12.

In light of the foregoing, the Court denies as moot Dershowitz's request for leave to submit a motion to intervene, which was requested solely for the purpose of moving to strike the language at issue.[1]

**SO ORDERED.**

DATED:  New York, New York
        December 23, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

---

[1] This ruling is limited to the pleading issue presented, rather than any potential evidentiary issue.