```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA FARMER,

                    Plaintiff,
                                                    O R D E R
                                                    19 Civ. 10474
        - against -

DARREN K. INDYKE and RICHARD D. KAHN,

                    Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, see ECF Nos. 13, 14, the Court has determined that the defendants may bring their motion without the necessity of a pre-motion conference.

The Court notes that if, consistent with Rule 11, the plaintiff can assert additional allegations to cure any alleged deficiencies raised by the defendants' letter, it would be in the best interest of both the parties and the Court for the plaintiff to assert them now, before briefing on the proposed motion. The plaintiff is thus granted leave to file an amended complaint within two (2) weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of the defendants' motion to the filing of the defendants' reply.

1

**SO ORDERED.**

Dated:   New York, New York
         February 24, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE