LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

March 2, 2020

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Maria Farmer v. Darren K. Indyke and Richard D. Kahn, in their capacities as the executors of the Estate of Jeffrey Edward Epstein,*
Civil Action No. 19-cv-10474

Dear Judge Buchwald,

We are counsel to non-party Alan Dershowitz (hereinafter "Prof. Dershowitz"). We respectfully submit this letter in regard to the Court's decision dated December 23, 2019 [ECF No. 12] in which the Court exercised its authority pursuant to F.R.C.P. Rule 12(f)(1) to strike "redundant, immaterial, impertinent, and/or scandalous" content regarding Prof. Dershowitz *sua sponte* from the plaintiff Maria Farmer's complaint [ECF No. 1, ¶ 39].

Although the Court's order provides the relief Prof. Dershowitz sought, plaintiff's complaint remains without amendment on the public docket with the stricken content intact. Dershowitz respectfully requests that the Court issue an order directing the plaintiff to file an amended complaint, with the stricken material contained in paragraph 39 omitted, lest this respected Court's order have no practical effect.

Respectfully Submitted,

Imran H. Ansari, Esq.

*CC: All Counsel of Record (via ECF)*