UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA FARMER,<br><br>                     Plaintiff,<br><br>vs.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>                     Defendants. | Case No. 1:19-cv-10474 (NRB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sabina Mariella, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Maria Farmer in the above-captioned proceeding.

Dated: New York, New York
March 6, 2020

BOIES SCHILLER FLEXNER LLP

By:  /s/ Sabina Mariella
Sabina Mariella
55 Hudson Yards
Telephone: (212) 446-2300
Fax: (212) 446-2350
smariella@bsfllp.com

*Attorney for Plaintiff Maria Farmer*