UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Maria Farmer          Plaintiff,      Case No. 19-cv-10474-NRB

    -against-

Indyke, et al.        Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Sabina Mariella**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SM0926     My State Bar Number is 5530670

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sullivan & Cromwell, LLP
                 FIRM ADDRESS: 125 Broad Street, New York, NY 10004
                 FIRM TELEPHONE NUMBER: (212) 558-4000
                 FIRM FAX NUMBER: (212) 558-3588

NEW FIRM:    FIRM NAME: Boies Schiller Flexner LLP
                 FIRM ADDRESS: 55 Hudson Yards, New York, NY 10001
                 FIRM TELEPHONE NUMBER: (212) 446-2300
                 FIRM FAX NUMBER: (212) 446-2350

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 9, 2020                  _____
                                                   ATTORNEY'S SIGNATURE