Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 23, 2020

**VIA ELECTRONIC COURT FILING**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Maria Farmer v. Darren K. Indyke and Richard D. Kahn, as Executors of the Estate of Jeffrey E. Epstein*, **1:19-cv-10474 (NRB)**

Dear Judge Buchwald:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (together, the "Co-Executors"), in the above-referenced action. We write to request a four day extension, from today until this Friday, to respond to Plaintiff's Amended Complaint (ECF No. 22). We requested this extension due to difficulties arising from the COVID-19 outbreak and resulting lockdown of the tri state area.

This is the first request for an extension of this deadline. The requested extension will not impact any other deadlines in this action. Plaintiff consents to this request.

Respectfully submitted,

*s/Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)