```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MARIA FARMER,

                Plaintiff,                    O R D E R
                                              19 Civ. 10474
        - against -

DARREN K. INDYKE and RICHARD D. KAHN,

                Defendants.
-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' additional pre-motion letters, see ECF Nos. 25, 26, the Court has determined that the defendants may bring their motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of the defendants' motion to the filing of the defendants' reply.

       **SO ORDERED.**

Dated:   New York, New York
         April 2, 2020

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE