UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

MARIA FARMER,        Plaintiff,

Case No. 19-CV-10474

-against-

DARREN K. INDYKE and RICHARD D. KAHN, et al.,      Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Mary "Molly" S. Dirago
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Troutman Sanders LLP
                 FIRM ADDRESS: 227 W. Monroe Street, Suite 3900, Chicago, IL 60606
                 FIRM TELEPHONE NUMBER: (312) 759-1920
                 FIRM FAX NUMBER: (312) 759-1939

NEW FIRM:     FIRM NAME: Troutman Pepper Hamilton Sanders LLP
                 FIRM ADDRESS: 227 W. Monroe Street, Suite 3900, Chicago, IL 60606
                 FIRM TELEPHONE NUMBER: (312) 759-1920
                 FIRM FAX NUMBER: (312) 759-1939

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 9, 2020                         s/Mary "Molly" S. Dirago
                                                  ATTORNEY'S SIGNATURE