UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARIA FARMER,

    Plaintiff,                                               CASE NO: 19-cv-10474-NRB

v.

DARREN K. INDYKE and RICHARD D. KAHN,
in their capacities as the executors of the
ESTATE OF JEFFREY EDWARD EPSTEIN,

    Defendants.

_____

## JOINT STIPULATION FOR DISMISSAL

    Plaintiff Maria Farmer and Defendants Darren K. Indyke and Richard D. Kahn, in their capacities as the executors of the Estate of Jeffrey E. Epstein, by and through their undersigned counsel, hereby stipulate and agree that pursuant to Plaintiff's acceptance of an offer of compensation from the Epstein Victims' Compensation Program and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO STIPULATED AND AGREED.

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | BOIES SCHILLER FLEXNER LLP |
| /s/ Bennet J. Moskowitz | /s/ Sigrid McCawley |
| Bennet J. Moskowitz<br>875 Third Avenue<br>New York, New York 10022<br>(212) 704-6000<br>bennet.moskowitz@troutman.com | Sigrid McCawley<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com |
| *Counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein* | *Counsel for Plaintiff Maria Farmer* |
| Dated: April 1, 2021 | Dated: April 1, 2021 |

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           April 1, 2021